[NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT


No. 97-1914

GENE SCHOFIELD,

Plaintiff, Appellant,

v.

JAMES BROWN, ETC., ET AL.,

Defendants, Appellees.



APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. George A. O'Toole, Jr., U.S. District Judge] 



Before

Torruella, Chief Judge, 
Stahl and Lynch, Circuit Judges. 



Gene Schofield on brief pro se. 
Ann Pauly, Richmond, Pauly & Ault and Leon Friedman on brief for 
appellees James Brown and Polygram Records, Inc.
Leonard L. Lewin, Michael N. Sheetz, and Gadsby & Hannah on 
brief for appellees Dynatone Publishing Co. and Rightsong Music, Inc.



February 5, 1998


Per Curiam. This is an appeal from a summary judgment 

dismissing appellant's claims of copyright infringement.

Reviewing the judgment de novo, in light of the briefs and 

the record, we agree with the district court's analysis and

affirm substantially for the reasons set forth in that

court's Memorandum and Order of June 11, 1997. See Loc. R. 

27.1. We also see no abuse of discretion in the court's

alternative ruling on the defense of laches, nor in the

multiple procedural rulings which appellant assigns as errors

on appeal. 

Affirmed. 

-2-